# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| In re: | § | Case No. **10-12710-JH** |
| | § | |
| **PRICE, JOHN ALFRED** | § | Chapter **7** |
| **PRICE, DEBRAANN SHIRLEY** | § | |
| | § | Judge: **HOPKINS** |
| Debtor(s). | § | |

**NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $159.68 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| FCC FINANCE LLC<br>405 STATE HIGHWAY 121<br>BYPASS NO. 250A<br>LEWISVILLE, TX 75067-8214 | 4 | 159.68 |

Dated:  02/08/11                    /s/ Elliott Polaniecki
                                      Case Trustee

cc:     U.S. Trustee